CR 18
(1/78)                    Waiver of Indictment

# United States District Court

## FOR THE

## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA ) | 96-0078 CR-MORENO |
| v. ) | No. _____ MAGISTRATE JUDGE |
| ) | WAIVER OF INDICTMENT      BANDSTRA |
| JEAN-JACQUES HANDALI ) | |
| _____ ) | |

FILED by ___ D.C.
R 0 7 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

I, JEAN-JACQUES HANDALI, the above named defendant, who is accused of conspiracy to evade income taxes, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date: 2/7/96

JEAN-JACQUES HANDALI
DEFENDANT

Date: 2/7/96

PAUL D. LAZARUS, ESQ.
ATTORNEY FOR DEFENDANT HANDALI

Before: _____
UNITED STATES MAGISTRATE JUDGE
DISTRICT

