UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-637-CR-MORENO(S)
96-78-CR-MORENO



UNITED STATES OF AMERICA

v.

JEAN JACQUES HANDALI
_____

## MOTION TO RESCHEDULE SENTENCING DATE

COMES NOW the Defendant, JEAN JACQUES HANDALI, by and through undersigned counsel, and respectfully requests this Honorable Court enter an Order rescheduling the presently scheduled sentencing date, and in support thereof, states as follows:

1. Defendant, JEAN JACQUES HANDALI, having entered a plea of guilty to Counts One and Seventeen of the instant Indictment, as well as to a Superseding Information, is scheduled to be sentenced on April 24, 1996.

2. Members of the Defendant's family will be traveling to attend the sentencing proceedings from the Philadelphia, Pennsylvania area, as well as the Boston, Massachusetts area, and also possibly from Europe. These family members wish to be present to provide the Defendant with emotional and moral support, as well as to perhaps address this Honorable Court in the sentencing proceedings.

3. Due to the logistical matters involved, including arranging for child care, time off from work, and making travel arrangements, it would impose a much lesser burden on these family members if the sentencing was rescheduled to a Friday or a Monday, thus either a day before or after a weekend.

4. Undersigned counsel has consulted telephonically with Assistant Attorney General Thomas Zehnle, and is authorized to inform the Court that the Government has no objection to this motion.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Honorable Court to reschedule the sentencing proceedings as requested herein.

Dated: February 21, 1996

Respectfully submitted,

PAUL D. LAZARUS, ESQUIRE
800 Brickell Avenue
Penthouse Two
Miami, Florida 33131
Telephone: (305) 539-0606
Telefax: (305) 539-1100/358-4010

_____
Florida Bar No. 202349

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, postage prepaid, this ___21st___ day of February, 1996, to Assistant Attorney General Thomas Zehnle, Southern Criminal Enforcement Section, Tax Division, Suite 5200, Washington, D.C. 20530; Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; and to United States Probation Officer Ken Gonzalez, 300 N. E. First Avenue, Miami, Florida 33132.

_____
PAUL D. LAZARUS, ESQUIRE